

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2016

No. 04-16-00244-CV

**SIG GROUP ENT. LLC**,
Appellant

v.

**MWJI, LLC**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-21171
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

On August 3, 2016, this court granted appellee an extension of time in which to file its brief to September 1, 2016. On August 31, 2016, counsel for appellee informed this court that the parties were awaiting final signatures on a settlement and they anticipated filing a motion to dismiss the appeal the week of September 5, 2016. Neither appellee's brief, a motion for extension of time to file the brief, a motion to dismiss the appeal, nor a status letter from either party regarding any settlement has been filed.

Appellant is represented by Mr. Oscar L. Cantu, Jr. on appeal, and appellee is represented on appeal by Mr. Derick J. Rodgers. Mr. Cantu and Mr. Rodgers are hereby ORDERED to file in writing, no later than September 19, 2016, either (1) a joint, agreed, or unopposed motion to dismiss this appeal, or (2) a joint letter informing this court of the status of any settlement agreement which includes a date certain by which a motion to dismiss the appeal will be filed.

If counsel fail to respond by September 19, 2016, Mr. Rodgers is ORDERED to file appellee's brief no later than October 13, 2016 and no further extensions of time will be granted in which to file the brief. If an appellee's brief is not filed by October 13, 2016, this appeal will be set for submission without benefit of appellee's brief.

_____

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2016.

_____

Keith E. Hottle
Clerk of Court